# EXHIBIT A



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5065 7772

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4239
Washington, DC 20530

June 9, 2010

Ms. Stacia C. Hill
c/o Jess A. Lorona, Esquire
Law Office of Lorona, Steiner, et al.
Attorney at Law
3003 N. Central Ave., Ste. 1500
Phoenix, AZ 85012

Re: EEOC Charge Against City of Phoenix Police Dept.
    No. 540200901536

Dear Ms. Hill:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Phoenix District Office, Phoenix, AZ.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Thomas E. Perez
Assistant Attorney General
Civil Rights Division

by *Karen L. Ferguson*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Phoenix District Office, EEOC
    City of Phoenix Police Dept.

# EXHIBIT B

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA  ☒ EEOC | 540-2009-01536 |

Arizona Attorney General's Office, Civil Rights Division _and EEOC_
_State or local Agency, if any_

**Name (indicate Mr., Ms., Mrs.)**: Ms. Stacia C. Hill
**Home Phone (Incl. Area Code)**: (623) 878-7087
**Date of Birth**: 12-17-1961

**Street Address**: 11240 North 79th Avenue, Peoria, AZ 85345

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: CITY OF PHOENIX POLICE
**No. Employees, Members**: 500 or More
**Phone No. (Include Area Code)**: (602) 262-6925
**Street Address**: 620 W Washington, Phoenix, AZ 85003

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest – Latest: 01-29-2009
☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I have been employed since 11/18/91, most recently in the position of Sergeant under the supervision of Commander Robert Demlong. In or about 12/04, I was diagnosed with a disability. By letter dated 11/22/08, I requested a reasonable accommodation of a flexible work schedule, allowing me to make up work time lost due to my medical condition. I am a supervisor with subordinates working all week long, making up time during weekends would allow me to become familiar with these individuals without creating undue hardship to the department. Respondent's Administrator Jill Celaya, without participating in the inter-active process declared in response on 1/29/08 that "the mere fact that you may have certain medical conditions does not mean you are disabled." Rather than inquire about supporting documentation, my request was dismissed. I am the only female supervisor in the Callback Detail. In 6/08, one of my subordinates was involved in a verbal altercation with another employee. When I asked that the incident be reduced to writing I was subjected to harassment, intimidation and a hostile work environment by Sgt. Bensfield who supervised the employee who created the hostility as well as Commander Demlong. My subordinates wrote about six memos which indicated that Sgt. Bensfield was present during the altercation and failed to take any corrective action. I have since continued to be belittled in my capacity as a supervisor leading to embarrassment before my peers and subordinates.

(Continued on Page 2)

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Feb 02, 2009
_Date_   _Charging Party Signature_

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>540-2009-01536 |
|---|---|---|

**Arizona Attorney General's Office, Civil Rights Division** and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

By e-mail dated January 21, 2009, I notified Commander Demlong that I would be filing charges with the EEOC on January 26, 2009. On January 29, 2009, I received notice via voice mail that my position was scheduled to be eliminated. Prior to me making this statement, the Respondent had released its list positions to be eliminated and my position was not on the list provided to the union. After my declaration of wanting to file a charge with the EEOC, my position was added to the list.

I believe that I have been discriminated against on the basis of my sex, female an retaliated against, in violation of Title VII of the Civil Rights Act of 1964, as amended and because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Feb 02, 2009  *[signature]*<br>Date       Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

# EXHIBIT C

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA  [X] EEOC | AMENDED  540-2009-01536 |

**Arizona Attorney General's Office, Civil Rights Division** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Stacia C. Hill | (623) 878-7087 | 12-17-1961 |

Street Address: 11240 North 79th Avenue, Peoria, AZ 85345

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CITY OF PHOENIX POLICE | 500 or More | (602) 262-6925 |

Street Address: 620 W Washington, Phoenix, AZ 85003

DISCRIMINATION BASED ON (Check appropriate box(es).)
[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: —   Latest: 01-29-2009
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have been employed since 11/18/91, most recently in the position of Sergeant under the supervision of Commander Robert Demlong. In or about 12/04, I was diagnosed with a disability. By letter dated 11/22/08, I requested a reasonable accommodation of a flexible work schedule, allowing me to make up work time lost due to my medical condition. I am a supervisor with subordinates working all week long, making up time during weekends would allow me to become familiar with these individuals without creating undue hardship to the department. Respondent's Administrator Jill Celaya, without participating in the inter-active process declared in response on 1/29/08 that "the mere fact that you may have certain medical conditions does not mean you are disabled." Rather than inquire about supporting documentation, my request was dismissed. I am the only female supervisor in the Callback Detail. In 6/08, one of my subordinates was involved in a verbal altercation with another employee. When I asked that the incident be reduced to writing I was subjected to harassment, intimidation and a hostile work environment by Sgt. Bensfield who supervised the employee who created the hostility as well as Commander Demlong. My subordinates wrote about six memos which indicated that Sgt. Bensfield was present during the altercation and failed to take any corrective action. I have since continued to be belittled in my capacity as a supervisor leading to embarrassment before my peers and subordinates.

(Continued on Page 2)

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 3-5-09
Charging Party Signature: /s/ Stacia C. Hill

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>540-2009-01536 |
|---|---|---|

**Arizona Attorney General's Office, Civil Rights Division** and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

By e-mail dated January 21, 2009, I notified Commander Demlong that I would be filing charges with the EEOC on January 26, 2009. On January 29, 2009, I received notice via voice mail that my position was scheduled to be eliminated. Prior to me making this statement, the Respondent had released its list positions to be eliminated and my position was not on the list provided to the union. After my declaration of wanting to file a charge with the EEOC, my position was added to the list.

I believe that I have been discriminated against on the basis of my sex, female an retaliated against, in violation of Title VII of the Civil Rights Act of 1964, as amended and because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

AMENDMENT TO ORIGINAL COMPLAINT DATED 02/02/2009

1. Reasonable accommodation
Prior to May 29, 2009, I requested reasonable accommodation due to the stress related to my disability (neck injury). I requested the following accommodations: (1) To be allowed to use flex time for doctor's appointments and other family related activities (on or about April 1, 2009); (2) to be moved to another light duty position that didn't require me to sit in front of a computer during the entire duration of my shift (Mid-May 2009); and (3) a temporary change to my work duties (Mid-June 2009). My request for reasonable accommodation was denied.

2. Proposed discipline regarding investigation
On or about July 14, 2009, I received the response to the alleged misconduct investigation. The response indicated that I would receive two written reprimands. I believe the conclusion of the investigation is in retaliation for reporting EEO and potential violence in the workplace allegations against my male peer.

3. Propose discipline for attendance
On or about June 25, 2009, I was informed that progressive discipline for my attendance would occur for future absences. I believe this is in retaliation for, inter alia, reporting an EEO complaint.

4. Harassment
The intense scrutiny that I receive amounts to harassment. For example, I am required to speak directly with my supervisor about any issue I may have. Unlike my peers, I am not permitted to leave a voice message nor a note regarding my issue. I have been instructed to call my supervisor, even when he is off duty, to inform him of any issues. This is a requirement that is not asked of my peers.

5. Reduction in Force
My position as First Shift Callback Sergeant was eliminated effective March 1, 2009. This was allegedly due to budget cuts and reduction in force. My position was not identified in any of the two lists that went through DPSLA, the Sergeant's Union. The elimination of my position was a surprise because of the number of people that work in the detail. Forty-eight employees are now reporting to only one supervisor, which amounts to a policy violation. I believe the elimination of my position was in retaliation for the complaints listed above.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 8-5-09                    *(signature)*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |